## C. B. CARLISLE v. STATE.

No. A-87.   Opinion Filed January 11, 1910.

(106 Pac. 349.)

**APPEAL AND ERROR—Notice of Appeal.** In order to perfect an appeal to this court by a defendant, notice of such appeal must be served upon the county attorney and the clerk of the court where the judgment was rendered, as is provided by section 6949, Snyder's Comp. Laws Okla. 1909.

(Syllabus by the Court.)

*Appeal from Haskell County Court; A. L. Beckett, Judge.*

C. B. Carlisle was convicted of violating the prohibition law, and appeals.   Dismissed.

*C. F. Mitchell,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM.   Notice of appeal was not served upon the county attorney or upon the clerk of the court in which the judgment was rendered, as is required by section 6949 of Snyder's Comp. Laws Okla. 1909.

The state's motion to dismiss the appeal upon this ground must therefore be sustained.   *Boneparte v. State, ante,* p. 345, 106 Pac. 347.